AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>Jada Lorraine Blakely<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 5, 2026 _____ in the county of _____ Chippewa _____ in the

_____ Western _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 113(a)(4), 1151, 1152 | Assault by striking, beating, or wounding |

This criminal complaint is based on these facts:

**See attached**

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Lieutenant Paul Baragwanath
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ___ JULY 6, 2026 ___

_____
_Judge's signature_

City and state:  Marquette, Michigan

Maarten Vermaat , U.S. Magistrate Judge
_____
_Printed name and title_